**Joseph Bakhos Esq,**
**State Bar Number: 327036**
17221 E. 17th St., Ste #F
Santa Ana, CA 92705
Telephone: [714]-617-5868
Email Address: jbakhoslaw@yahoo.com
**Attorney for plaintiff**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN PAUL GONZALES<br><br>Plaintiff,<br><br>vs.<br><br>SITEONE LANDSCAPE SUPPLY, a business entity; SITEONE LANDSCAPE SUPPLY LLC, a limited liability company; FRIEDMAN ANDREW S TR, a trust<br><br>Defendants | Case No.: 8:21-cv-00292-DOC-ADSx<br><br>**NOTICE OF SETTLEMENT** |

**TO ALL PARTIES IN INTEREST:**

**NOTICE IS HEREBY GIVEN** that Plaintiff, RUBEN PAUL GONZALES, has reached a full and comprehensive settlement of this civil action with mutual general releases.

The settlement has been reached involving the Plaintiff and the Defendants SITEONE LANDSCAPE SUPPLY, a business entity; SITEONE LANDSCAPE SUPPLY LLC, a limited liability company; FRIEDMAN ANDREW S TR, a trust.

//

//

1

**NOTICE OF SETTLEMENT**

1 | The parties are awaiting final execution and signing of the settlement paperwork.

DATED: 03-15-2021

*[signature]*

Joseph Bakhos, Esq.
Attorney for Plaintiff

2

**NOTICE OF SETTLEMENT**